# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

**14 M 550**

United States of America
v.
THE MATTER OF THE EXTRADITION OF
MACIEJ KLEMENDORF

Case No.

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* **MACIEJ KLEMENDORF**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Being a fugitive from the Republic of Poland a violation of Title 18, United States Code, Section 3184

Date: 6/12/14

_____
*Issuing officer's signature*

City and state: Brooklyn, New York

The Hon. James Orenstein, Magistrate Judge, EDNY
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____ |

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*