# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

## INITIAL APPEARANCE CALENDAR

1) Magistrate Case Number: __14-550 M__
2) Defendant's Name: __Klemendorf__ __Maciej__ _____
   (Last) (First) (M.I.)
3) Age: _____
4) Title: _____ Section(s): _____
5) Citizen of: _____ Needs: _____ Interpreter
6) Arrest Warrant Issued: _____ Date and time of arrest: _____

(Items 1-6 to be completed by AUSA/Arresting Officer)

7) Removal Proceeding: ___Yes ___No   Other District: _____
8) Name of Interpreter used today: _____ Language: __Polish__
9) Arraignment on complaint held: __✓__Yes ___No   Date/Time: __6/24/14__
10) Detention Hearing Held: ___ Bail set at: _____ ROR Entered: ___ POD Entered: __✓__
11) Temporary Order of Detention Entered: ___   Bail Hearing set for: _____
12) (a) Preliminary Hearing set for: _____; or waived: _____
    (b) Removal Hearing set for: _____; or waived: _____
    (c) Status Conference set for: _____
13) ASSISTANT U.S. ATTORNEY: __Michael Roboth for Saritha Komatireddy__
14) DEFENSE COUNSEL'S NAME: __Michael Padden Amanda David__
    Address: _____
    Bar Code: _____ CJA: ___ FDNY: __✓__ RET: ___
    Telephone Number: (___) _____
15) LOG #: __436-4:50__   MAG. JUDGE: __Bloom__
16) ___ Defendant was advised of bond conditions by the Court and signed the bond.
    ___ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.
    ___ Additional surety (ies) to co-sign bond by _____

Other Comments/Rulings: _____

17) Complaint/Affidavit/Indictment unsealed: ___Yes ___No

SO ORDERED ON THIS _____ DAY OF _____, 20___

_____
UNITED STATES MAGISTRATE JUDGE